**FILED**

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
J. MICHAEL FUSSELL, JR.

O R D E R

J. Michael Fussell, Jr., has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Fussell's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Fussell passed the MPRE in 2005 when seeking admission to the practice of law in Louisiana, where Fussell was admitted. The petition states that Fussell has "practiced law as a trial lawyer for sixteen (16) years, without any ethical or disciplinary issues in any jurisdiction where licensed or where admitted *pro hac vice*." Good cause appearing,

IT IS HEREBY ORDERED that the petition of J. Michael Fussell, Jr., to waive the three-year test requirement for the MPRE for purposes of Fussell's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 4th day of May, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices